IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
DISTRICT COURT
DISTRICT OF MARYLAND

2015 OCT 15 PM 3: 32

CLERK'S OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CASE NO. JKB-15-R-0545 |
| RYAN DARK WHITE, | * | (UNDER SEAL) _____ DEPUTY |
| a.k.a. Jonathan Ambrose McGreevy, | * | |
| Defendant. | * | |
| | * | |

....oOo....

## MOTION TO SEAL

The United States of America by and through its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Peter J. Martinez, Assistant United States Attorney for said District, hereby moves this Court to seal this indictment, as well as all docket entries until further order of the Court. The Defendant is currently assisting law enforcement in an unrelated investigation, and the government submits that the appearance of this indictment and/or other documents on the public docket could compromise that investigation as well as the Defendant's safety.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

_____
Peter J. Martinez
Assistant United States Attorney

It is so ORDERED, this 15th day of October 2015

_____
United States Magistrate Judge